FILED by DJ D.C.
July 14, 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | SOUTHERN DISTRICT OF FLORIDA |
|---|---|---|
| Name (under which you were convicted): MAHMOUD KRECHT | | Docket or Case No.: 113C 9:07CR80141 |
| Place of Confinement: FCI OAKDALE, P.O. BOX 5000 OAKDALE, LA 71463 | | Prisoner No.: 72869-004 |
| UNITED STATES OF AMERICA   V. | | Movant (include name under which convicted) MAHMOUD KRECHT |

### MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging: United States District Court, West Palm Beach, FL., 701 Clematis St., Room 402, West Palm Beach, FL 33401

   (b) Criminal docket or case number (if you know): 113C 9:07CR80141 Ryskamp

2. (a) Date of the judgment of conviction (if you know): July 28, 2008
   (b) Date of sentencing: July 18, 2008

3. Length of sentence: 210 months and 3 years Supervised Release

4. Nature of crime (all counts): 21 U.S.C. § 846 Conspiracy to Possess with Intent to Distribute a Mixture and Substance Containing a Detectable amount of oxycodone.

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐   (2) Guilty ☒   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to? N/A

   Cat / div 28/2255
   Case # 09CV81028
   Judge KLR  Mag PAW
   Motn Ifp NO
   Receipt # WV

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐
   N/A   No Trial

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?     Yes ☐     No ☒

8. Did you appeal from the judgment of conviction?     Yes ☐     No ☒

9. If you did appeal, answer the following:
   (a) Name of court: _____N/A_____
   (b) Docket or case number (if you know): _____N/A_____
   (c) Result: _____N/A_____
   (d) Date of result (if you know): _____N/A_____
   (e) Citation to the case (if you know): _____N/A_____
   (f) Grounds raised: _____N/A_____

   (g) Did you file a petition for certiorari in the United States Supreme Court?     Yes ☐     No ☒
       If "Yes," answer the following:
       (1) Docket or case number (if you know): _____N/A_____
       (2) Result: _____N/A_____

       (3) Date of result (if you know): _____N/A_____
       (4) Citation to the case (if you know): _____N/A_____
       (5) Grounds raised: _____N/A_____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☒     No ☐

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: __USDC WEST PALM BEACH, FL.__
        (2) Docket or case number (if you know): __113C 9:07CR80141__
        (3) Date of filing (if you know): __JULY 23, 2008__

(4) Nature of the proceeding: Motion To Reduce Pursuant to Rule 35(a)

(5) Grounds raised: The Defendant's three level reduction for acceptance of responsibility should place him in the advisory guideline range of 151-188 months, Level 34, based upon advisory guidelines Level 37, minus the 3 levels off.

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐   No ☒

(7) Result: The Motion for Reduction was denied

(8) Date of result (if you know): July 28, 2008

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: N/A

(2) Docket of case number (if you know): N/A

(3) Date of filing (if you know): N/A

(4) Nature of the proceeding: N/A

(5) Grounds raised: N/A

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐   No ☐   N/A

(7) Result: N/A

(8) Date of result (if you know): N/A

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:   Yes ☐   No ☒

(2) Second petition:  Yes ☐   No ☒

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: The defense counsel withdrew the appeal in order to secure a future Rule 35 Motion based upon substantial assistance.

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: <u>INEFFECTIVE ASSISTANCE OF COUNSEL</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

<u>Counsel advised the Movant, off the record, that he would receive a sentence in the</u> <u>higher single digits up to the lower double digits. The Movant pled guilty assuming</u> <u>that this agreement was apart of the agreement, but once he pled guilty, counsel agreed</u> <u>to a level of 38 without counselling the movant about this decision. which he wasn't</u> <u>in agreement with.</u>

(b) Direct Appeal of Ground One:
 (1) If you appealed from the judgment of conviction, did you raise this issue?
     Yes ☐   No ☒
 (2) If you did not raise this issue in your direct appeal, explain why: <u>Counsel never filed the</u> <u>appeal on my behalf, even after advised to do so, and stated he would.</u>

(c) Post-Conviction Proceedings:
 (1) Did you raise this issue in any post-conviction motion, petition, or application?
     Yes ☐   No ☒
 (2) If you answer to Question (c)(1) is "Yes," state:
 Type of motion or petition: _____N/A_____
 Name and location of the court where the motion or petition was filed: _____
      N/A
 Docket or case number (if you know): _____N/A_____
 Date of the court's decision: _____N/A_____
 Result (attach a copy of the court's opinion or order, if available): _____
      N/A

 (3) Did you receive a hearing on your motion, petition, or application?
     Yes ☐   No ☐   N/A

(4) Did you appeal from the denial of your motion, petition, or application?

   Yes ☐     No ☒     N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

   Yes ☐     No ☐     N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____
_____N/A_____

Docket or case number (if you know): _____N/A_____

Date of the court's decision: _____N/A_____

Result (attach a copy of the court's opinion or order, if available): _____
_____N/A_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise issue:   Counsel never filed the appeal for the movant expecting the movant to be prejudiced from receiving a Rule 35(b) if he do so.

GROUND TWO: **INEFFECTIVE ASSISTANCE OF COUNSEL**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel was directed to present specific departures and argue them on the Movant's behalf, or at least bring them to the Court's attention, and to raise objections to the fact that he wasn't receiving certain departures, specifically, the Safety Valve and the U.S.S.G. § 5K1.1. Counsel stated that the Court was already aware of the objections and there wasn't any reasons to bring them to the Court's attention. Failure to advocate on the Movant's behalf during a critical stage in the Court's proceeding proved to be ineffective assistance.

(b) Direct Appeal of Ground Two:

   (1) If you appealed from the judgment of conviction, did you raise this issue?

       Yes ☐     No ☒

(2) If you did not raise this issue in your direct appeal, explain why: <u>Counsel failed to file an appeal for the movant.</u>

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐     No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: <u>      N/A      </u>

Name and location of the court where the motion or petition was filed: <u>                    </u>
<u>          N/A          </u>

Docket or case number (if you know): <u>     N/A     </u>

Date of the court's decision: <u>    N/A    </u>

Result (attach a copy of the court's opinion or order, if available): <u>                    </u>
<u>          N/A          </u>

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐     No ☒     N/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐     No ☒     N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐     No ☒     N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: <u>                    </u>
<u>          N/A          </u>

Docket or case number (if you know): <u>     N/A     </u>

Date of the court's decision: <u>    N/A    </u>

Result (attach a copy of the court's opinion or order, if available): <u>                    </u>
<u>          N/A          </u>

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise issue: <u>Counsel failed to file the movant's appeal because he felt to do so would cause the movant to receive prejudice.</u>

GROUND THREE: <u>INEFFECTIVE ASSISTANCE OF COUNSEL</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

<u>Counsel misadvised the Movant of the consequences of proceeding to trial and coerced his guilty plea through fear and intimidation, which caused the Movant to waive several Constitutional rights.</u>

(b) Direct Appeal of Ground Three:
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐      No ☒
   (2) If you did not raise this issue in your direct appeal, explain why:
   <u>Counsel failed to file an appeal on the Movant's behalf.</u>

(c) Post-Conviction Proceedings:
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐      No ☒
   (2) If you answer to Question (c)(1) is "Yes," state:
   Type of motion or petition: __N/A__
   Name and location of the court where the motion or petition was filed:
   N/A
   Docket or case number (if you know): N/A
   Date of the court's decision: N/A
   Result (attach a copy of the court's opinion or order, if available):
   N/A

   (3) Did you receive a hearing on your motion, petition, or application?
       Yes ☐      No ☒      N/A
   (4) Did you appeal from the denial of your motion, petition, or application?
       Yes ☐      No ☒      N/A
   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
       Yes ☐      No ☒      N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise issue: Counsel didn't appeal the Movant's conviction under the impression that that the Movant would receive prejudice if he proceeded forward with an appeal.

GROUND FOUR: INEFFECTIVE ASSISTANCE OF COUNSEL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Counsel failed to file an Appeal on the Movant's behalf and allow the Appeals Court to consider the unreasonableness of a sentence that's thirty months lower than the Statutory Maximum, which was never agreed upon by the Movant.

(b) Direct Appeal of Ground Four:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why:
As mentioned above, counsel failed to file the appeal assuming that the Movant would probably be prejudiced by proceeding forward on appeal.

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: __N/A__

Name and location of the court where the motion or petition was filed: __N/A__

Docket or case number (if you know): __N/A__

Date of the court's decision: __N/A__

Result (attach a copy of the court's opinion or order, if available): __N/A__

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐  No ☒  N/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐  No ☒  N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐  No ☒  N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __N/A__

Docket or case number (if you know): __N/A__

Date of the court's decision: __N/A__

Result (attach a copy of the court's opinion or order, if available): __N/A__

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise issue: __Same as mentioned previously, counsel's failure to pursue an appeal.__

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

__Government failed to file departure motions for the Movant pertaining to his substantial assistance (U.S.S.G. § 5K1.1 or Rule 35(b) & Safety Valve Provision). Movant asserts that the Government failed and refused to file the above provision based on unconstitutional motives. Movant hasn't previously presented the argument on behalf of the substantial assistance, because counsel failed to address this issue, and the movant has advised the counsel numerous of instances, during the previous proceedings to bring this before the Courts attention.__

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?        Yes ☐        No ☒

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.        N/A

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

    (a) At the preliminary hearing: Robert Gershman, 1675 Palm Beach Lakes Blvd., Seventh FL., West Palm Beach, FL 33401

    (b) At the arraignment and plea:        Same as above

    (c) At the trial:        Same as above

    (d) At sentencing:        same as above

    (e) On appeal:        Attorney failed to file the appeal.

    (f) In any post-conviction proceeding:        N/A

    (g) On appeal from any ruling against you in a post-conviction proceeding:        N/A

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?        Yes ☐        No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?        Yes ☐        No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:        N/A

    (b) Give the date the other sentence was imposed:        N/A
    (c) Give the length of the other sentence:        N/A
    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?        Yes ☐        No ☒        N/A

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

Motion is timely filed within the One year period according to the AEDPA.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
  (1) the date on which the judgment of conviction became final;
  (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
  (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: <u>Movant urges the Court for a full vacatur and urges the Court to apply an appropriate remedy consistent with the laws and integrity of the United States and the Judicial System.</u>
or any other relief to which movant may be entitled.

_____ Pro Se
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on __July 2nd, 2009__
(month, date, year)

Executed (signed) on __July 2nd, 2009__ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

_____
_____
_____

